BEFORE THE THIRD DIVISION, APRIL 30, 1942

**No. 47145.**—Protests 899189–G, etc., of S. H. Kress & Co. et al. (Seattle).

Opinion by KEEFE, J. It was stipulated that the merchandise in question consists of Rockingham earthenware similar to that the subject of *Butler Bros.* v. *United States* (4 Cust. Ct. 120, C. D. 303). In accordance therewith the claim at 25 percent under paragraph 210 was sustained.

BEFORE THE SECOND DIVISION, MAY 1, 1942

**No. 47146.**—Protests 47926–K, etc., of Aron Novelty Corp. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that the merchandise consists of hemp knotted straw hats, not blocked or trimmed and not bleached, dyed, colored, or stained, the claim at 25 percent under paragraph 1504 (b) (1) was sustained.

BEFORE THE THIRD DIVISION, MAY 1, 1942

**No. 47147.**—Protest 24014–K of J. L. Hammett Co. (New York).

Opinion by KEEFE, J. At the trial a sample of the merchandise and a deposition of an officer of the shipper were received in evidence. From this deposition it appeared that the plasticine is manufactured from 54 percent paris white, costing £10; 6 percent petroleum jelly, costing £9; 20 percent fatty acids of inedible animal origin, costing £40 10s.; and 20 percent of sulphur and other ingredients, costing £12 10s. It was apparent, therefor, that the merchandise is a manufacture in chief value of animal fatty acids of inedible animal origin rather than earthy or mineral substances. This case is distinguished from *Weber* v. *United States* (T. D. 41926) where plastilina or modeling clay was held dutiable as an earthy or mineral substance. The claim at 20 percent under paragraph 1558 was sustained.

APRIL 29, 1942

**No. 47148.—**———.—Protests 957908–G, etc., of Young's Market Co. ———— Plaintiff's application for rehearing granted.